UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIANNA RAQUEL JIMENEZ,

    Defendant.

_____/

Cr. No. 5:13-cr-00131-D

ORDER TO SEAL

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 55 in the above-captioned case be sealed.

This the __6__ day of November, 2014.

                                                         */s/ James C. Dever*
                                                  JAMES C. DEVER III
                                                  Chief United States District Judge