UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00131-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| | ) | |
| DIANNA RAQUEL JIMENEZ | ) | |

Upon motion of the United States, it is hereby ORDERED that Document Number 62 in the above-captioned case be sealed.

So ORDERED this __19__ day of November, 2014.

_____
United States District Judge